UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PANKAJ KUMUDCHANDRA PHADNIS,<br><br>        Plaintiff,<br><br>-against-<br><br>TATA AMERICA INTERNATIONAL CORPORATION; US DISTRICT ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK,<br><br>        Defendants. | 21-CV-8542 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

  Plaintiff brings this action *pro se*. The Court is in receipt of Plaintiff's November 5, 2021 letter stating that he had previously submitted an instrument drawn on J P Morgan Chase Bank NA, New York, in the amount of $400.00 for payment of the fees to bring this action. That payment, however, was delivered to the wrong address. Plaintiff also now realizes that the fees require to bring a civil action in this court are $402.00, not $400.00. Plaintiff asks the Court to extend the time to pay the fees until November 30, 2021.

  The Court grants Plaintiff's request for an extension of time. Plaintiff must pay the $402.00 in fees by November 30, 2021. Plaintiff is further instructed that payment must be made by certified bank check or money order. Personal checks or checks that are not certified by the issuing bank will not be accepted.

## CONCLUSION

  The Court grants Plaintiff's request for an extension of time to pay the filing fees. Plaintiff must submit the $402.00 in fees by November 30, 2021. Payment must be made by money order or certified check.

The Clerk of Court is directed to transmit this order to Plaintiff. Plaintiff has consented to receive electronic service of documents and notices in this action. (ECF 2.)

SO ORDERED.

Dated:   November 8, 2021
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge