UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PANKAJ KUMUDCHANDRA PHADNIS,

                Plaintiff,

-against-

TATA AMERICA INTERNATIONAL CORPORATION,

                Defendant.

**ORDER**

21 Civ. 8542 (ER)

RAMOS, D.J.

On October 15, 2021, Dr. Pankaj Kumudchandra Phadnis, *pro se*, brought this action against Tata America International Corporation (TAIC) and the United States Attorney for the Southern District of New York.[1]  Doc. 1.  On December 3, 2021, the Court *sua sponte* dismissed Dr. Phadnis' claims against the United States Attorney.  On December 7, 2021, Dr. Phadnis filed proof of service upon TAIC.  Doc. 15.  On December 14, 2021, Dr. Phadnis filed a letter with the Court requesting to withdraw his complaint against TAIC.  *See* Doc. 18.

The plaintiff having requested that the action be dismissed, the Court hereby dismisses this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2).  The Clerk of Court is respectfully requested to close the case.

It is SO ORDERED.

Dated: December 15, 2021
      New York, New York

_____
Edgardo Ramos, U.S.D.J.

---

[1] Issuance of the summons was delayed due to issues with processing Plaintiff's payment of the filing fee.  *See* Docs. 4-10.  On December 2, 2021, the Clerk of Court processed the filing fee and issued the summons.  Docs. 11-12.